# EXHIBIT B



# ASSIGNMENT

**A.**  For value received, undersigned (hereinafter called Seller) does hereby sell, assign and transfer to Consumer Portfolio Services, Inc. (hereinafter called "CPS" at P.O. Box 57071, Irvine, CA 92619-7071) Seller's right, title and interest in and to the attached contract (hereinafter called the "Contract"), herewith submitted to CPS for acceptance, and the property covered thereby (hereinafter called the "Property"), described as follows:

### Description of Contract

| Type of Contract | Date of Contract | Buyer's Name |
|---|---|---|
| Retail | 10/04/2024 | JAMIE C JOHN-CRANE |

### Covering the following property

| Year | Make | New or Used | Model | Vehicle ID Number |
|---|---|---|---|---|
| 2023 | JEEP | USED | GLADIATOR | 1C6HJTFG2PL522621 |

and authorizes CPS to do every act and thing necessary to collect and discharge obligations arising out of or incident to the Contract and this Assignment.  In order to induce CPS to accept assignment of Contract, Seller warrants that: the Contract, and Guaranty, if any, are genuine, legally valid and enforceable and arose from the sale of the Property; the Property is as represented to the buyer (hereinafter called "Buyer") named therein who was quoted both a deferred payment price (total sale price) and a lesser cash price; the Contract was complete in all respects and Seller made all disclosures required by law, and in the manner required by law, prior to the execution thereof by Buyer; Buyer is not a minor, has capacity to contract and paid the down payment stated in the Contract with his own funds; all statements made by or on behalf of Buyer and furnished to CPS by Seller are true to the best of Seller's knowledge and belief, and Seller has no knowledge of any fact that would impair the validity or value of the Contract; title to the Property is vested in Seller free of all liens and encumbrances and Seller has the right to assign said title; and a certificate of title to the Property showing a lien or encumbrance for the benefit of CPS or Seller has been or will be applied for forthwith if permitted by law.  If there is any breach of any of the foregoing warranties, without regard to Seller's knowledge or lack of knowledge with respect thereto or CPS's reliance thereon, Seller hereby agrees unconditionally to purchase the Contract from CPS, upon demand, for the full amount then unpaid whether the Contract shall then be, or not be, in default.  Seller further agrees that in the event Buyer or any other person makes a claim against CPS alleging facts which, if true, would constitute a breach of any of the foregoing warranties, Seller shall assume the defense of such claim and shall indemnify and save CPS harmless from all loss, cost and expense arising therefrom.  The liability of Seller shall not be affected by any extension, renewal or other change in the time of payment of the Contract, or any change in the manner, place or terms of payment thereof, or the release, settlement or compromise of or with any party liable for the payment thereof or the release or non-perfection of any security thereunder.  CPS shall not be bound to exhaust its recourse against Buyer or any other person or any security CPS may at any time have before being entitled to payment from Seller hereunder. Seller waives notice of the acceptance of this Assignment and notices of non-payment and non-performance of the Contract and any other notices required by law and waives all setoffs and counterclaims.  This Assignment shall become effective upon delivery of the Contract to CPS or upon CPS's payment of the purchase price therefore, whichever first occurs.

**B.**  As part of this Assignment, undersigned's obligations are further defined in the particular paragraph below executed by undersigned, and signature of any such paragraph shall constitute signature of the entire Assignment.

---

"WITHOUT RECOURSE" This Assignment of the Contract is and shall be without recourse against Seller, except as otherwise provided by the terms of the CPS Automobile Dealer Agreement in effect at the time this Assignment becomes effective.

Seller Signs _GLADSTONE MITSUBISHI_        By _[signature]_        Title _October 04, 2024_

8/8/01  ASSIGNMT/HL