# EXHIBIT C

# DMV Application for Title and Registration

**DEPARTMENT OF TRANSPORTATION**
**DRIVER AND MOTOR VEHICLE SERVICES**
**1905 LANA AVE NE, SALEM OREGON 97314**

**REMARKS:**

**TITLE FEE:** 106.00
**REG / REN FEE:** 41.00
**VIN FEE:**
**LATE TITLE FEE:**
**REPLACEMENT FEE:**
**PLATE TRANSFER:**
**TOTAL FEE:** 147.00

Complete all applicable blocks. MAIL TO: DMV, 1905 Lana Ave NE, Salem OR 97314; or take to any DMV office.

## DMV USE ONLY
- MPG:
- VIN INSPECTION:
- DATE / INITIALS:
- LEV COMPLIANT: YES / NO
- DEALER TRANS:
- DEALER #:

## VEHICLE INFORMATION

1. **VEHICLE IDENTIFICATION NUMBER (VIN):** 1C6HJTFG2PL522621
   - OREGON TITLE #:
   - GVWR:
2. **PRESENT OREGON PLATE #:**
   - **YEAR:** 2023
   - **MAKE:** JEEP
   - **STYLE:** GLADIATOR
   - REG WEIGHT / LENGTH:
   - TRAILER OVER 8 1/2 FEET WIDE: YES / NO
3. **FARM ID #** | **FLEET ACCOUNT #** | **EQUIPMENT #** | GAS | DIESEL | HYBRID | PLUG-IN HYBRID | FLEX-FUEL | TRAILER OVER 8,000 LBS: YES / NO
   - ELECTRIC | PROPANE | NATURAL GAS | OTHER:

4. **ODOMETER:** Federal and State laws require that you state the mileage when you transfer ownership on a vehicle 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement to meet this requirement is a Class C felony under ORS 815.430. Use this certification when required to provide the odometer disclosure but unable to provide the proper disclosure from the seller. I certify the odometer disclosure listed is true and correct and a disclosure is not available on the required form from the seller. Providing an odometer reading for a vehicle 10 years old or older is voluntary.

- **ODOMETER READING (NO TENTHS):** 39592
- **DATE OF READING (MM/DD/YYYY):** 09/27/2024
- I certify that, to the best of my knowledge, the odometer reading is actual mileage UNLESS one of these boxes is marked:
  - ☐ the mileage stated is in excess of its mechanical limits (has rolled over); or
  - ☐ the odometer reading is NOT actual mileage. WARNING - odometer discrepancy.

Complete Line 5 with the owner whose address will be used for all DMV mail regarding this vehicle. List additional owners on Lines 8 and 9. (This in no way determines a priority of ownership.) If any owner listed uses a work address on DMV records, that owner must be shown on Line 5. See reverse for more information.

## OWNER or LESSEE / ADDRESS

5. **PRINT FULL LEGAL NAME: LAST, FIRST, MIDDLE OF** (check one) [X] OWNER OR ☐ LESSEE
   - JOHN-CRANE, JAMIE C
   - **ODL / ID / CUSTOMER #:** 6824946
   - **DATE OF BIRTH (MM/DD/YYYY):** 05/17/1987
6. **RESIDENCE / BUSINESS ADDRESS** - (Address will be used to update your ODL / ID card)
   - 878 ASPEN ST
   - **MAILING ADDRESS** (If different from residence – will be used to update your ODL / ID card)
7. **CITY, STATE, ZIP CODE:** SPRINGFIELD, OR 97477
   - **COUNTY OF RESIDENCE:** LANE
   - **CITY, STATE, ZIP CODE:**
   - **COUNTY OF MAILING:**
8. JOINT OWNER OR LESSEE - PRINT FULL LEGAL NAME: LAST, FIRST, MIDDLE (See "Change of Address" on reverse)
   - ODL / ID / CUSTOMER #:
   - DATE OF BIRTH (MM/DD/YYYY):
9. JOINT OWNER OR LESSEE - PRINT FULL LEGAL NAME: LAST, FIRST, MIDDLE (See "Change of Address" on reverse)
   - ODL / ID / CUSTOMER #:
   - DATE OF BIRTH (MM/DD/YYYY):
10. ONE-TIME MAILING ADDRESS (Will not change your customer record)
    - ☐ Reg. Only ☐ Title Only ☐ Both
    - VEHICLE ADDRESS (Vehicle location if different from residence, or park model RV site)
11. CITY, STATE, ZIP CODE
    - CITY, STATE, ZIP CODE
    - COUNTY (of vehicle address or use)

12. **CURRENT OR PREVIOUS MILITARY SERVICE:** I, (print name) _____, authorize DMV to send my name and address to the Oregon Department of Veterans' Affairs (ODVA) for the purpose of receiving benefit information. (Signature) X
    - ☐ YES ☐ NO
13. **SURVIVORSHIP:** Joint Owners or Lessees agree that title will show joint ownership with right of survivorship.
    - Joint Security Interest Holders agree that title will show joint security interest with right of survivorship.
    - ☐ YES ☐ NO

## SECURITY INTEREST HOLDER and/or LESSOR

14. **SECURITY INTEREST HOLDER** (Bank, Finance Company, Person, etc.)
    - CONSUMER PORTFOLIO SERVICES INC.
    - ODL / ID / CUSTOMER #:
    - DATE OF BIRTH (MM/DD/YYYY):
    - TELEPHONE #: ( )
15. **SECURITY INTEREST HOLDER ADDRESS** - INCLUDE STREET / CITY / STATE / ZIP CODE
    - PO BOX 57071 IRVINE, CA 92619
16. SECONDARY INTEREST HOLDER (Bank, Finance Company, Person, etc.)
    - ODL / ID / CUSTOMER #:
    - DATE OF BIRTH (MM/DD/YYYY):
    - TELEPHONE #: ( )
17. SECONDARY INTEREST HOLDER ADDRESS - INCLUDE STREET / CITY / STATE / ZIP CODE
18. LESSOR (Complete only if lessee is shown as owner on Line 5 above)
    - ODL / ID / CUSTOMER #:
    - DATE OF BIRTH (MM/DD/YYYY):
    - TELEPHONE #: ( )
19. LESSOR ADDRESS - INCLUDE STREET / CITY / STATE / ZIP CODE

## CERTIFICATIONS

Under Oregon law, it is a crime to knowingly make any false statement on an application for title or registration (ORS 803.070, 803.075, 803.375 and 803.385). These offenses are Class A misdemeanors and punishable by a jail sentence of up to one year, a fine of up to $6,250 or both. By signing this application, I certify all information on this form is true and correct and agree with all applicable statements below and on the back of this form.

**INSURANCE:** I certify to one of the following: 1) If this application includes registration, and this motor vehicle is subject to financial responsibility laws, I am in compliance and will remain in compliance until the vehicle is transferred, or 2) If this application includes a registration renewal for a motor vehicle, this vehicle is covered by the motor vehicle liability insurance policy listed below.

20. **INSURANCE COMPANY** (Not agent): PROGRESSIVE
    - **POLICY #:** 983404692

**DOMICILE / RESIDENCY:** My place of domicile (home) is in Oregon, or I am otherwise eligible or required to register the vehicle under Oregon law (ORS 803.200, 803.350 and 803.360).

**VEHICLE USE:** If this is initial registration of a low/recovery vehicle, or initial registration, renewal, or continuation of registration by a new owner of a manufactured structure toter, farm, or charitable/non-profit vehicle, I certify the vehicle and its use qualify for special registration and conform to the law. If this is a park model RV, it is not permanently affixed to land for use as a permanent dwelling or is located within a mobile home park.

## SIGNATURES

21. **SIGNATURE OF OWNER OR LESSEE AS SHOWN ABOVE:** X *Jamie John-Crane*
    - **DATE:** 09/27/2024
    - **TELEPHONE #:** (541)683-1390 / (541)683-1390
22. **SIGNATURE OF LESSOR** (Required if security interest holder is different than lessor): X
    - DATE:
    - TELEPHONE #: ( )

735-226 (1-20)   STK# 300097