# EXHIBIT D



24281883 128

CONSUMER PORTFOLIO SERVICES INC
PO BOX 57071
IRVINE CA 92619-7071

## OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 7121970

| TITLE NUMBER | ISSUE DATE | EQUIPMENT NUMBER |
|---|---|---|
| OR0006373956 | 11/18/2024 | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2023 | JEEP | PK | GLA | 1C6HJTFG2PL522621 | N/N |

**OWNER/LESSEE**
JOHN-CRANE, JAMIE CHRISTINA
878 ASPEN ST
SPRINGFIELD OR 97477-3513

24281883
1  28

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 39,592 | 09/27/2024 |

**ODOMETER MESSAGE**

### TITLE BRANDS
The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here**, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST)     DATE
X

To release interest in the vehicle, complete the reassignment on back of the title.

**SECURITY INTEREST HOLDER/LESSOR**
SIH   CONSUMER PORTFOLIO SERVICES INC
19500 JAMBOREE RD STE 600
IRVINE CA 92612-2467

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST     DATE
X

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST     DATE
X

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID IF ALTERED OR ERASED

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (11-23)