# EXHIBIT E

U240083201218



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U240083201218 |
| Date Filed: 10/25/2024 |

B3146-0217 10/25/2024 10:30 AM Received by California Secretary of State

**Submitter Information:**
Contact Name
Organization Name
Phone Number
Email Address
Address                                                          None

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| Jamie John-Crane | 1292 High Street #1161<br>Eugene, OR 97401 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| CONSUMER PORTFOLIO SERVICES, INC. | PO BOX 57071<br>IRVINE, CA 92619 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
This UCC-1 Financing Statement secures a promissory note and/or mortgage for the benefit of Jamie John-Crane as Grantor and Registered Owner. The promissory note and/or mortgage has been redeemed in lawful money pursuant to 12 U.S.C. § 411. The endorsement on the promissory note reads: "Pay to the Order of Jamie John-Crane, Redeemed in Lawful Money pursuant to 12 U.S.C. § 411. Grantor/Registered Owner."

This financing statement secures the property associated with the obligation, including any real estate, tangible or intangible property, deeds of trust, and all proceeds, products, or rents derived therefrom. Jamie John-Crane asserts a first priority lien against the collateral as the Grantor and Registered Owner, and CONSUMER PORTFOLIO SERVICES, INC., if listed as Trustee, is responsible for administrating the obligation.

Jamie John-Crane, as the Grantor and Registered Owner, holds equitable title to the collateral and asserts ownership over the promissory note, while CONSUMER PORTFOLIO SERVICES, INC. continues as the Trustee responsible for administrating the obligation.

This UCC-1 filing corrects the original terms of the promissory note executed on 10/4/2024 between Jamie John-Crane and CONSUMER PORTFOLIO SERVICES, INC (No. 0024281883). clarifying that the obligation has been redeemed in lawful money, and the Grantor is the rightful owner of the promissory note or mortgage. Jamie John-Crane asserts an interest in all present and future proceeds derived from the collateral, including any rents, royalties, or payments related to this property.

This filing confirms that all payments and obligations under the promissory note or mortgage must be settled in lawful money, and that Jamie John-Crane retains equitable ownership of the collateral.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

| |
|---|
| Optional Filer Reference Information:<br>By: Jamie John-Crane (Debtor), Grantor/Registred Owner |
| ☐ This Financing Statement is to be filed in the real estate records (if applicable).<br><br>This Financing Statement:<br><br>☐ Covers timber to be cut<br><br>☐ Covers as-extracted Collateral<br><br>☐ Is filed as a fixture filing |
| Name and address of a Record Owner of real estate described above (if Debtor does not have a record interest): |
| Description of real estate: |
| Miscellaneous Information: |
| Search to Reflect:<br>☐ Order a Search to Reflect |

B3146-0218 10/25/2024 10:30 AM Received by California Secretary of State