# EXHIBIT F



| | | |
|---|---|---|
| | **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**UCC FINANCING STATEMENT (UCC 1)**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 657-5448 | For Office Use Only<br>**-FILED-**<br>File No.: U240092184534<br>Date Filed: 12/2/2024 |

| Submitter Information: | |
|---|---|
| Contact Name | JAMIE JOHN-CRANE |
| Organization Name | JOHN-CRANE PRIVATE BANK E&T |
| Phone Number | |
| Email Address | |
| Address | 1292 HIGH STREET #1161<br>EUGENE, OR 97401 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| KIDS WITH ADULT MONEY TRUST (1) | 514 AMERICAS WAY #22153<br>BOX ELDER, SD 57719 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| JOHN-CRANE PRIVATE BANK E&T | 1292 HIGH STREET #1161<br>EUGENE, OK 97401 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This financing statement perfects the Security Interest of Kids With Adult Money Trust (1) in the 2023 Jeep Gladiator, VIN: 1C6HJTFG2PL522621, Color: Black. Kids With Adult Money Trust (1) holds a first priority security interest in the vehicle and all associated rights, including financial instruments. Kids With Adult Money Trust (1) as owner, with Hill Valley Ministries & Jamie John-Crane acting as Trustees, hold all legal and equitable titles for this vehicle. This vehicle is pledged as collateral under the Trust's terms & governed by the laws of the Trust. John-Crane Private Bank E&T holds a valid and enforceable lien on this vehicle. The property is exempt from levy, and liened at a sum of $200,000, and is held in a private conveyance of the Secured Party. Before the property can be conveyed, disbursed, exchanged, sold, forfeited, gifted, transferred, surrendered, sold, destroyed, disposed, or removed from the Secured Party's possession, the Secured Party must be settled in full. Any liens, claims, or judgements against the property are now invalid as the vehicle is under the protection and ownership of the Trust.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Held in a Trust

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:
INTERNAL REFERENCE NO. GLA20231004

Miscellaneous Information:
Ownership of the vehicle was transferred from Jamie John-Crane to Kids With Adult Money Trust (1) on October 4, 2024. Any claims, liens, or encumbrances must comply with applicable law and be substantiated with lawful documentation. The Trust reserves all rights.

Search to Reflect:

☐ Order a Search to Reflect

B3232-7482 12/02/2024 12:51 PM Received by California Secretary of State