Jamie John-Crane
Attorney-In-Fact for: JAMIE JOHN-CRANE, Grantor & Beneficiary
1292 High Street #1161, Eugene, OR 97401
Jamiejohn87@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

Jamie John-Crane,

      Plaintiff/Counter-Defendant,

v.

CONSUMER PORTFOLIO SERVICES, INC.,

      Defendant/Counter-Plaintiff

v.

JAMIE JOHN-CRANE, AS TRUSTEE FOR KIDS WITH ADULT MONEY TRUST (1), et al
Third party Defendants

**Case No. 6:25-cv-00213-MTK**

**(PROPOSED) ORDER**
**CLARIFY SCOTE OF STAY**

---

This matter having come before the Court upon the Emergency Motion to Clarify Scope of Stay filed by Plaintiff and Third-Party Defendant Jamie John-Crane, and the Court being fully advised, IT IS HEREBY ORDERED:

(1) The Stay Order issued on April 30, 2025 (ECF No. 56) shall not preclude the filing of motions necessary to protect confidential commercial information, trade secrets, fiduciary trust assets, or to preserve constitutional rights where irreparable harm is credibly alleged.
(2) All such filings must comply with the Local Rules and must include a certification of efforts to confer, if applicable.
(3) This clarification is issued to protect the due process rights and fiduciary obligations of all parties, and to ensure the fair administration of justice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
MUSTAFA T. KASUBHAI
United States District Judge

I.