**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| JAMIE JOHN-CRANE,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>Defendant/Counter-Plaintiff.<br>______________________________<br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMIE JOHN-CRANE, AS TRUSTEE FOR KIDS WITH ADULT MONEY TRUST (1); JOHN-CRANE PRIVATE BANK E&T; and OREGON DEPARTMENT OF TRANSPORTATION, DRIVER AND MOTOR VEHICLE SERVICES,<br><br>Third-Party Defendants. | Case No: 6:25-cv-00213-MTK<br><br>**JUDGMENT** |

Based on (i) the Court's January 16, 2026 Order Granting Consumer Portfolio Services, Inc.'s ("CPS") Motion for Entry of Default Against Third-Party Defendants Kids With Adult Money Trust ("Trust") and John-Crane Private Bank E&T ("John-Crane Bank"), and

Counterclaim Defendant Jamie John-Crane ("John-Crane") [Dkt. 95]; (ii) CPS's Motion for Default Judgment against John-Crane, the Trust, and John-Crane Bank [Dkt. 96]; (iii) CPS's Motion for Attorneys' Fees and Costs, Against the Trust, John-Crane Bank, and John-Crane [Dkt. 106-107]; and (iv) the Court's August 26, 2026 Order granting CPS's Motion for Default Judgment [Dkt. 110], including the reasons stated on the record at the August 26, 2026 hearing and the Court's October 26, 2026 Opinion explaining its decision on the Motion for Default Judgment [Dkt. 114]; and (iii) the record in this case,

IT IS ADJUDGED:

1. Judgment is entered in favor of CPS and against John-Crane, the Trust, and John-Crane Bank, on CPS's counterclaim/third-party claim for declaratory judgment.

   a. CPS's lien on the 2023 Jeep Gladiator, VIN ending -2621 ("the Vehicle") at issue in this case was fraudulently released and remains valid;

   b. The Oregon Department of Transportation, Driver and Motor Vehicle Services, is authorized to issue a new title on the Vehicle reflecting CPS's status as the priority lienholder;

2. Judgment is entered in favor of CPS and against John-Crane on CPS's counterclaim for breach of contract;

3. Judgment is entered in favor of CPS and against John-Crane, the Trust, and John-Crane Bank on CPS's counterclaim/third-party claim for detinue;

4. Judgment is entered in favor of CPS and against John-Crane, the Trust, and John-Crane Bank, on CPS's counterclaim/third-party claim for slander of title;

5. Damages in the amount of $38,437.42, plus post-judgment interest pursuant to ORS § 82.010, are awarded in favor of CPS and against John-Crane;

6. Attorney fees and costs in the amount of $53,009.71, plus post-judgment interest pursuant to ORS § 82.010, are awarded in favor of CPS and against John-Crane;

7. CPS is entitled to immediate possession of the Vehicle. To the extent CPS repossesses and disposes of the Vehicle, any such proceeds resulting from said disposition shall correspondingly reduce the amount of damages owed.

DATED this 26th day of October 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge